# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CHARLES R. BLACKBURN,<br>Derivatively on Behalf of Nominal Defendant<br>TERMINIX GLOBAL HOLDINGS, INC.<br>f/k/a SERVICEMASTER GLOBAL<br>HOLDINGS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NIKHIL M. VARTY,<br>ANTHONY D. DILUCENTE,<br>MATTHEW J. STEVENSON,<br>DEBORAH H. CAPLAN,<br>JOHN B. CORNESS,<br>LAURIE ANN GOLDMAN,<br>NAREN K. GURSAHANEY,<br>STEVEN B. HOCHHAUSER,<br>STEPHEN J. SEDITA<br>and MARK E. TOMKINS,<br><br>    Defendants,<br><br>and TERMINIX GLOBAL HOLDINGS,<br>INC. f/k/a SERVICEMASTER GLOBAL<br>HOLDINGS, INC.,<br><br>    Nominal Defendant. | No. 2:22-cv-2358-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1 (sealed)), filed June 9, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Voluntary Dismissal, (ECF No. 8), filed October 20, 2022, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE**. The Parties shall bear their own costs.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

December 9, 2022
Date